```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
                       BEAUMONT DIVISION
```

BRUCE AlBERT KIRK             §
VS.                           §    CIVIL ACTION NO. 1:05cv549
DIRECTOR, TDCJ-CID            §

### MEMORANDUM OPINION REGARDING VENUE

Petitioner Bruce Albert Kirk, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

In his petition, petitioner stated he was challenging a criminal conviction from Jefferson County, Texas. However, in a response to a motion to dismiss, petitioner stated he was also challenging four 1988 convictions from the 43rd District Court of Parker County, Texas.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated.

Petitioner has informally amended his petition to also challenge convictions in Parker County, Texas. Pursuant to 28 U.S.C. § 124, Parker County is in the Fort Worth Division of the United States District Court for the Northern District of Texas. As the records and witnesses regarding petitioner's Parker County convictions may be located in the Fort Worth Division of the Northern District, the court believes it would be in the interests of justice to sever petitioner's challenges to his Parker County

convictions and transfer the challenges to these convictions to such district and division. An Order of Severance and Partial Transfer shall be entered in accordance with this Memorandum Opinion.

    **SIGNED** this  3  day of     April    , 2006.


                                      KEITH F. GIBLIN
                                      UNITED STATES MAGISTRATE JUDGE